IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–03144–MSK–KMT

SANDRA SQUALLS,

    Plaintiff,

v.

PFIZER, INC.,

    Defendant.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion for Leave to File First Amended Complaint and Jury Demand" (Doc. No. 14, filed February 25, 2011) is GRANTED. The Clerk is directed to file Plaintiff's "First Amended Complaint and Jury Demand" (Doc. No. 14-2).

Dated: March 1, 2011