IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–03144–MSK–KMT

SANDRA SQUALLS,

    Plaintiff,

v.

PFIZER, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The parties' "Joint Motion to Modify Scheduling Order to Extend Certain Deadlines and Permit Defendant to Amend its Answer" (Doc. No. 47, filed Nov. 1, 2011) is GRANTED. The parties shall designate experts and produce expert reports no later than December 15, 2011. The expert discovery cut-off is extended to January 31, 2012. Plaintiff shall take the deposition of James Batura no later than December 31, 2011. The parties shall serve third-party subpoenas no later than December 15, 2011. Plaintiff may file a motion to compel discovery as to Plaintiff's Requests for Production Nos. 6, 7, 12, 16, 20–22 & 27 and Special Interrogatories Nos. 3, 6, 7, & 15 no later than December 15, 2011.

Additionally, Defendant is granted leave to amend its Answer pursuant to Fed. R. Civ. P. 15(a)(2). Defendants shall file their Amended Answer no later than November 8, 2011. Leave is also granted to correct the inaccuracy found in the Scheduling Order at Undisputed Fact No. 11. The parties shall file their proposed Scheduling Order, and email a copy of the proposed Scheduling Order in Word or Word Perfect format to the chambers email, Tafoya_Chambers@cod.uscourts.gov, no later than November 8, 2011.

Dated: November 3, 2011