IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–03144–MSK–KMT

SANDRA SQUALLS,

    Plaintiff,

v.

PFIZER, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The parties' "Motion to Modify Scheduling Order to Extend Certain Deadlines" (Doc. No. 53, filed Dec. 15, 2011) is GRANTED. This court has been facilitating settlement discussions and the prospect of reaching a settlement appears likely. Accordingly, the court finds good cause to modify the Scheduling Order's dispositive motions deadline, which permits the additional extensions stipulated to by the parties.

The expert disclosures deadline is extended to January 15, 2012. The deadline to conduct expert discovery is extended to March 1, 2012. The parties shall serve discovery subpoenas no later than January 15, 2012. Plaintiff may file motions to compel discovery responses no later than January 15, 2012 as to Plaintiff's Requests for Production Numbers # 6, 7, 12, 16, 20–22, & 27, and Special Interrogatories Numbers 3, 6, 7, & 15. The dispositive motions deadline is extended to March 1, 2012.

Dated: December 15, 2011